Abel Acosta, Clerk

I have been transferred to another unit as of June 28, 2015. Please update your records to reflect my new address below. I have also sent an update to the District Attorney. The transfer was abrupt as I'm just getting a chance to send this update.

7-14-15

Charles F. Bell / Cause 219-80942-2012

Id # 1899258

3 Jester Rd

Richmomd, TX 77406

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 2 0 2015
Abel Acosta, Clerk